UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SANCHEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>DR. RACHELLE TORRES,<br><br>             Defendant. | Case No. 1:21-cv-01052-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>**45-DAY DEADLINE** |

       Plaintiff has not paid the $402 filing fee for this action or submitted an application to proceed *in forma pauperis* in accordance with to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, the Plaintiff SHALL complete and sign and submit the attached application to proceed *in forma pauperis* or pay the $402 filing fee. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

       The Clerk of the Court is directed to attach an IFP application form to this order.

IT IS SO ORDERED.

    Dated:   **July 12, 2021**                _/s/ Jennifer L. Thurston
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE