UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SANCHEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. RACHELLE TORRES,<br><br>   Defendant. | Case No. 1:21-cv-01052-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DUPLICATE COPY OF NEW PRISONER DOCUMENTS AND FOR EXTENSION OF TIME TO RESPOND**<br>(Doc. 4)<br><br>**90-DAY DEADLINE** |

Plaintiff has filed a motion requesting a duplicate copy of the prisoner new case documents and consent/decline to magistrate jurisdiction form. He also requests a sixty-day extension of time to return the consent order. Plaintiff indicates that he was moved to the mental health crisis unit and does not have access to his legal paperwork until his mental health issues are resolved. Plaintiff also seeks a ninety-day extension of time to return the consent form.

For good cause shown, the Court **GRANTS** Plaintiff's request. The Clerk is directed to send to Plaintiff a second set of new prisoner documents and application to proceed *in forma pauperis*. **Within 90 days** from the date of service of this order, Plaintiff **shall** return the completed consent form and either pay the $402 filing fee or apply to proceed *in forma pauperis* in accordance with to 28 U.S.C. § 1915.

///

///

**Failure to comply with this order will result in dismissal of this action for obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: __**August 2, 2021**__                   _____ /s/ Jennifer L. Thurston
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE