UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. RACHELLE TORRES,<br><br>        Defendant. | No. 1:21-cv-01052-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 9)<br><br>Clerk of Court to close the case. |

Plaintiff John Sanchez is a state prisoner who filed this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2021, the assigned magistrate judge entered an order requiring Plaintiff to submit an application to proceed *in forma pauperis* (IFP) or pay the filing fee within forty-five days. (Doc. No. 3.) Plaintiff requested an extension of time to comply. (Doc. No. 4.) The magistrate judge granted the request and ordered Plaintiff to pay the filing fee or apply to proceed IFP within ninety days. (Doc. 5.) The Court cautioned: "**Failure to comply with this order will result in dismissal of this action for [failure to] obey a court order and failure to prosecute.**" (*Id.* at 2 (alteration in the original)). The order was served on August 3, 2021; therefore, Plaintiff's response was due on November 1, 2021.

///

On November 1, 2021, instead of paying the filing fee or submitting an IFP application, Plaintiff filed a notice of change of address and request for appointment of counsel. (Doc. No. 6.) Consequently, on November 2, 2021, the magistrate judge issued an order to show cause, requiring the Plaintiff to show cause, within thirty days, why this case should not be dismissed for failure to comply with prior orders. (Doc. 7.) Alternatively, Plaintiff was granted leave to proceed *in forma pauperis* or pay the $402 filing fee within thirty days. (*Id.*) The Court again cautioned: **The failure to comply with this order will result in a recommendation of dismissal of this case.** (*Id.* (alteration in the original).) This order was served on Plaintiff on November 3, 2021; therefore, his response to the show cause order was due on December 3, 2021. Plaintiff failed to comply with the order to show cause.

On December 9, 2021, the assigned magistrate judge issued findings and recommendations to dismiss the action under Local Rule 110 for failure to obey court orders. (Doc. 9.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 9, 2021, (Doc. 9), are adopted in full.
2. This action is dismissed without prejudice for plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of Court is directed to assign a district judge to this matter for the purposes of closure and then to close the case.

IT IS SO ORDERED.

Dated:   **January 5, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2